UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOKOLSKYFILM, INC.,

                *Plaintiff*,

- against-

SOTHEBY'S, INC.,

                *Defendant*.

Civil Action No. 1:25-cv-04918-LAP

**NOTICE OF APPEARANCE**

TO:    The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance in this Action as counsel for Defendant Sotheby's, Inc. The undersigned requests that copies of all notices and other papers in this Action be served upon the undersigned as indicated below.

Dated: July 28, 2025
       New York, NY

                                   **PRYOR CASHMAN LLP**

                                   By:  /**s**/ *Paul Cossu*
                                            Paul Cossu
                                            7 Times Square
                                            New York, NY 10036
                                            Tel: (212) 421-4100
                                            pcossu@pryorcashman.com

                                            *Attorneys for Defendant Sotheby's, Inc.*