UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOKOLSKYFILM, INC.,

                     *Plaintiff*,

- against-

SOTHEBY'S, INC.,

                     *Defendant*.

Civil Action No. 1:25-cv-04918-LAP

**STIPULATION AND [PROPOSED] ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff, Sokolskyfilm, Inc. ("Plaintiff"), and defendant, Sotheby's, Inc. ("Defendant"), that:

1. On July 21, 2025, Plaintiff filed an Amended Complaint in the above-captioned matter.

2. Notwithstanding the time to respond to a complaint prescribed by Fed. R. Civ. P. 15(a)(3), Defendant's time to answer, move or otherwise respond to the Amended Complaint shall be August 22, 2025.

Dated: July 28, 2025

| **HOBEN LAW** | **PRYOR CASHMAN LLP** |
|---|---|
| By: */s/ Bryan D. Hoben* <br> Bryan D. Hoben | By: */s/ Paul Cossu* <br> Paul Cossu |
| 1112 Main Street <br> Peekskill, New York 10566 <br> (347) 855-4008 <br> *Attorneys for Plaintiff* | 7 Times Square <br> New York, New York 10036 <br> (212) 421-2100 <br> *Attorneys for Defendant* |

---

7/30/25

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE