## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **SOKOLSKYFILM, INC.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| **v.** | ) | **Case No. 1:25-cv-04918-LAP** |
| | ) | |
| **SOTHEBY'S, INC.,** | ) | **[~~PROPOSED~~] ORDER OF** |
| | ) | **DISMISSAL** |
| *Defendants.* | ) | |
| | ) | |

By agreement of Plaintiff Sokolskyfilm, Inc. and Defendants Sotheby's, Inc. (Dkt. No. 18) and pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the above captioned matter is dismissed with prejudice in accordance the Stipulation filed by the parties, which mandates that each party is to bear its own costs and fees.

**SO ORDERED.**

Date: 9/25/25

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*Loretta A. Presky*

LORETTA A. PRESKA, U.S.D.J.

---

Honorable Loretta A. Preska
United States District Judge